**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SMITH,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TRADER JOE'S COMPANY, et al.,<br><br>                    Defendants. | CASE NO. CV 13-01471 JGB (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge.  Plaintiff has not filed any objections.  The Court accepts the findings and recommendations in the Report.

DATED: 6/11/13

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE