**O**

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY SMITH, | CASE NO. CV 13-01471 JGB (RZ) |
| Plaintiff, | |
| vs. | JUDGMENT |
| TRADER JOE'S COMPANY, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 6/11/13

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

JS - 6